PETER DIADAMO *v.* JACK VALOIS

The defendant's "Motion to Compel Certification" of the transcript in the appeal from the Court of Common Pleas in New Haven County is denied without prejudice to a renewal of the motion in the event the transcript has not been certified on or before March 3, 1975.

*James J. Maher,* in support of the motion.

Submitted January 8—decided January 14, 1975

GERMAINE CARROLL ET AL. *v.* ROBERT TOLO ET AL.

The defendants' petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Robert Tolo,* pro se, in support of the petition.

*Jay W. Jackson,* in opposition.

Submitted January 9—decided January 14, 1975

RUSSELL F. HILLS *v.* STATE OF CONNECTICUT

The defendant's motion for a review of the trial court's action in granting, without responsive pleadings, its plea in abatement in the appeal from the Superior Court in Hartford County is granted and the case is remanded to that court with direction that a hearing be held with responsive pleadings on the plea in abatement in accordance with § 95 of the Practice Book.

*Harry W. Hultgren, Jr.,* assistant attorney general, and *Robert K. Killian,* attorney general, in support of the motion.

*Charles F. Corcoran III,* in opposition.